# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gorton, Nathaniel M | 2. Court or Organization<br><br>District Court - Massachusetts | 3. Date of Report<br><br>05/01/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>United States District Court<br>1 Courthouse Way, Suite 3110<br>Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   See Attachment #1 | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY -6 A 10: 5
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/01/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. June 30 | Slade Gorton & Co., Inc., (closely held ▆▆ seafood business) corporate clerk/secretary, director, custodian, trustee and accounting duties | $ 10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Lawyers Association | | | | reimbursement for lodging and travel by train ▆▆▆ from Boston to NYC to attend annual N.Y.I.P.L.A. dinner 3/23/07 at Waldorf Astoria |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/01/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rocky Bay Trust (a MA business trust) (common stock) | F | | O | Q | | | | | See Section VIII |
| 2. Fidelity Cash Reserves (individual) | A | Dividend | J | T | | | | | |
| 3. Fidelity Money Market Accounts (POA,trustee)(Att#1,¶4) | D | Dividend | M | T | | | | | |
| 4. Charitable Remainder Trust | E | div.,int. | | | | | | | See Section VIII |
| 5. Brinker Intl, Inc. | | | | | sell | 1/2 | J | | |
| 6. First Data Corp. | | | | | sell | 1/2 | J | | |
| 7. Medtronic, Inc. | | | | | sell | 1/2 | J | | |
| 8. Microsoft Corp. | | | | | sell | 1/2 | J | | |
| 9. IShares MSCI PAC Ex-Japan Index Fd | | | | | buy | 1/2 | K | | |
| 10. Honeywell, Inc. (bond) | | | | | sell | 3/15 | K | | |
| 11. Broadridge Finl Solutions, Inc. (spin off from AutoDataProc) | | | | | sell | 4/27 | J | B | |
| 12. IShares MSCI PAC Ex-Japan Index Fd | | | | | sell | 5/18 | K | D | |
| 13. Cameco Corp. | | | | | buy | 5/18 | J | | |
| 14. Lundin Mining Corp. | | | | | buy | 5/18 | J | | |
| 15. Stillwater Mng. Co. | | | | | buy | 5/18 | J | | |
| 16. Southern Copper Corp. | | | | | buy | 5/24 | J | | |
| 17. Teck Cominco Ltd. | | | | | buy | 5/29 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Caterpillar, Inc. | | | | | buy | 6/12 | J | | |
| 19. Google, Inc. Cl A | | | | | buy | 7/5 | J | | |
| 20. Lowes Companies, Inc. | | | | | buy | 7/11 | J | | |
| 21. American Express Co., Inc. | | | | | buy | 9/4 | J | | |
| 22. Bank of America Corp. | | | | | buy | 9/10 | J | | |
| 23. Eaton Vance Corp. | | | | | buy | 9/10 | J | | |
| 24. American Express Co., Inc. | | | | | buy | 10/30 | J | | |
| 25. Federal Home Loan Bank (bond) | | | | | sell | 11/5 | K | | |
| 26. Patriot Coal Corp.(spin off fm.Peabody Energy Corp.) | | | | | sell | 12/3 | J | A | |
| 27. Boston Financial Management, Inc. IRA | None | | P1 | T | | | | | |
| 28. William Wrigley, Jr., Co. | | | | | sell | 1/11 | K | | |
| 29. Newmont Mining Corp. | | | | | buy | 2/6 | J | | |
| 30. Fedex Corp. | | | | | buy | 2/6 | J | | |
| 31. United Technologies Corp. | | | | | buy | 2/7 | J | | |
| 32. Fedex Corp. | | | | | buy | 2/7 | J | | |
| 33. Broadridge Finl Solutions, Inc.(spin off fm Auto.DataProc) | | | | | sell | 4/19 | J | B | |
| 34. IShares MSCI PAC Ex-Japan Index Fd | | | | | sell | 5/15 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Stillwater Mining Co. | | | | | buy | 5/15 | J | | |
| 36. Lundin Mining Corporation | | | | | buy | 5/15 | J | | |
| 37. Cameco Corp. | | | | | buy | 5/15 | J | | |
| 38. United Parcel Service, Inc. | | | | | sell | 5/18 | J | | |
| 39. Southern Copper Corp. | | | | | buy | 5/21 | J | | |
| 40. First Data Corp | | | | | sell | 5/22 | K | E | |
| 41. Teck Cominco, Ltd. | | | | | buy | 5/23 | J | | |
| 42. Apple Computer, Inc. | | | | | sell | 6/5 | J | C | |
| 43. Cisco Systems, Inc. | | | | | buy | 6/5 | J | | |
| 44. Caterpillar, Inc. | | | | | buy | 6/7 | K | | |
| 45. BP PLC ADR (f/k/a "BP Amoco PLC") | | | | | sell | 6/7 | K | E | |
| 46. Lowes Companies, Inc. | | | | | buy | 7/6 | K | | |
| 47. Torchmark Corp. | | | | | sell | 7/18 | K | B | |
| 48. Cameco Corp. | | | | | buy | 7/25 | J | | |
| 49. Farm Home Loan Bank (bond) | | | | | sell | 8/15 | K | | |
| 50. American Express Co. | | | | | buy | 8/23 | K | | |
| 51. IShares MSCI PAC Ex-Japan Index Fd | | | | | buy | 8/30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Walgreen Co. | | | | | buy | 8/30 | J | | |
| 53. WalMart Stores, Inc. (bond) | | | | | buy | 9/13 | K | | |
| 54. Federal Home Loan Bank (bond) | | | | | sell | 9/14 | K | | |
| 55. Farm Home Loan Bank (bond) | | | | | buy | 9/17 | K | | |
| 56. IShares S&P Smallcap 600 Index Fd | | | | | sell | 9/27 | K | B | |
| 57. IShares, Inc. Russell 2000 Index | | | | | buy | 9/27 | K | | |
| 58. Nike Inc. | | | | | buy | 10/2 | K | | |
| 59. American Int'l Group, Inc. | | | | | sell | 10/26 | K | A | |
| 60. Apple Computer, Inc. | | | | | sell | 10/31 | K | E | |
| 61. Stillwater Mining Co. | | | | | buy | 11/1 | J | | |
| 62. Federal Home Loan Bank | | | | | sell | 11/5 | K | | |
| 63. Federal Home Loan Bank | | | | | sell | 11/6 | K | | |
| 64. Stryker Corp. | | | | | buy | 11/7 | J | | |
| 65. Citrix Systems, Inc. | | | | | buy | 11/7 | J | | |
| 66. Farm Home Loan Bank (bond) | | | | | buy | 11/7 | K | | |
| 67. Citrix Systems, Inc. | | | | | buy | 11/8 | J | | |
| 68. Stryker Corp. | | | | | buy | 11/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Abbott Labs (bond) | | | | | buy | 11/9 | K | | |
| 70. Federal Home Loan Bank | | | | | sell | 11/14 | K | | |
| 71. IBM Int'l Group (bond) | | | | | buy | 11/20 | K | | |
| 72. Federal Home Loan Bank | | | | | sell | 11/21 | K | | |
| 73. Federal Home Loan Bank | | | | | sell | 11/25 | K | | |
| 74. Patriot Coal Corporation (spin off of Peabody Energy Corp) | | | | | sell | 11/26 | J | A | |
| 75. McCormick & Co. | | | | | sell | 11/29 | K | B | |
| 76. Network Appliance, Inc. | | | | | buy | 11/29 | J | | |
| 77. Federal Home Loan Bank | | | | | buy | 12/6 | K | | |
| 78. Peabody Energy Corp. | | | | | sell | 12/7 | K | D | |
| 79. Walgreen Co. | | | | | buy | 12/11 | J | | |
| 80. Bear Steams Co., Inc. (bond) | | | | | sell | 12/15 | K | | |
| 81. Boston Financial Management, Inc. revocable trust | B | Int./Div. | M | T | | | | | See Section VIII |
| 82. IShares Tr S&P Smallcap 600 | | | | | buy | 1/2 | J | | |
| 83. Amgen Inc. | | | | | sell | 2/7 | J | A | |
| 84. Anadarko Petroleum Corp. | | | | | sell | 2/7 | J | B | |
| 85. Bank of America Corp. | | | | | sell | 2/7 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$100,001 - $250,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Devon Energy Corp. | | | | | sell | 2/7 | J | B | |
| 87. Emerson Electric Co. | | | | | sell | 2/7 | J | B | |
| 88. First Data Corp. | | | | | sell | 2/7 | J | C | |
| 89. Microsoft Corp. | | | | | sell | 2/7 | J | C | |
| 90. Sigma Aldrich Corp. | | | | | sell | 2/7 | J | A | |
| 91. Sysco Corp. | | | | | sell | 2/7 | J | C | |
| 92. Broadridge Finl Solutions, Inc.(spin off fm.AutoDataProc) | | | | | sell | 4/27 | J | A | |
| 93. Cameco Corp. | | | | | buy | 5/18 | J | | |
| 94. Lundin Mining Corp. | | | | | buy | 5/18 | J | | |
| 95. Stillwater Mng. Co. | | | | | buy | 5/18 | J | | |
| 96. Southern Copper Corp. | | | | | buy | 5/24 | J | | |
| 97. Teck Cominco Ltd. | | | | | buy | 5/29 | J | | |
| 98. Cisco Systems, Inc. | | | | | buy | 6/8 | J | | |
| 99. Caterpillar Inc. | | | | | buy | 6/12 | J | | |
| 100. Amgen Inc. | | | | | sell | 7/3 | J | | |
| 101. Google Inc. | | | | | buy | 7/5 | J | | |
| 102. Lowes Companies, Inc. | | | | | buy | 7/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Torchmark Corp. | | | | | sell | 7/23 | J | B | |
| 104. Cameco Corp. | | | | | buy | 7/30 | J | | |
| 105. American Express Co., Inc. | | | | | buy | 9/4 | J | | |
| 106. IShares Tr S&P Smallcap 600 | | | | | sell | 10/2 | J | A | |
| 107. IShares Tr Russell 2000 Index Fd | | | | | buy | 10/2 | J | | |
| 108. Nike Inc. | | | | | buy | 10/5 | J | | |
| 109. Automatic Data Processing, Inc. | | | | | sell | 10/18 | J | B | |
| 110. Citrix Systems, Inc. | | | | | buy | 10/18 | J | | |
| 111. Bank of America Corp. | | | | | sell | 10/22 | J | A | |
| 112. Sigma Aldrich Corp. | | | | | sell | 11/15 | J | A | |
| 113. Citrix Systems, Inc. | | | | | buy | 11/16 | J | | |
| 114. Patriot Coal Corp. (spin off fm. Peabody Energy Corp) | | | | | sell | 12/3 | J | A | |
| 115. Boston Financial Management, Inc. revocable trust ● | C | Int./Div. | M | T | | | | | See Section VIII |
| 116. IShares Tr S&P Smallcap 600 | | | | | buy | 1/2 | J | | |
| 117. Torchmark Corp. | | | | | sell | 2/7 | J | A | |
| 118. American International Group Inc. | | | | | sell | 2/7 | J | A | |
| 119. Amgen Inc. | | | | | sell | 2/7 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Anadarko Petroleum Corp. | | | | | sell | 2/7 | J | | |
| 121. Bank of America | | | | | sell | 2/7 | J | A | |
| 122. Emerson Electric Co. | | | | | sell | 2/7 | J | B | |
| 123. First Data Corp. | | | | | sell | 2/7 | J | B | |
| 124. Medtronic Inc. | | | | | sell | 2/7 | J | B | |
| 125. Microsoft Corp. | | | | | sell | 2/7 | J | A | |
| 126. Raytheon Co. | | | | | sell | 2/7 | J | B | |
| 127. Anadarko Petroleum Corp. | | | | | sell | 3/5 | J | | |
| 128. Boston Scientific Corp. Com | | | | | sell | 3/8 | J | | |
| 129. Pepsico Inc. | | | | | sell | 3/8 | J | B | |
| 130. Torchmark Corp. | | | | | sell | 3/8 | J | C | |
| 131. United Parcel Service | | | | | sell | 3/8 | J | | |
| 132. Broadridge Finl Solutions, Inc.(spin off fm.AutoDataProc) | | | | | sell | 4/27 | J | A | |
| 133. Cameco Corp. | | | | | buy | 5/18 | J | | |
| 134. Lundin Mining Corp. | | | | | buy | 5/18 | J | | |
| 135. Stillwater Mng Co. | | | | | buy | 5/18 | J | | |
| 136. Southern Copper Corp. | | | | | buy | 5/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Teck Cominco Ltd. | | | | | buy | 5/29 | J | | |
| 138. Amgen Inc. | | | | | sell | 7/3 | J | | |
| 139. Google, Inc. | | | | | buy | 7/5 | J | | |
| 140. IShares Tr S&P Smallcap 600 | | | | | sell | 10/2 | J | A | |
| 141. Federal Farm Credit Bank (bond) | | | | | sell | 10/2 | J | | |
| 142. IShares Tr Russell 2000 Index Fd | | | | | buy | 10/2 | J | | |
| 143. Nike Inc. | | | | | buy | 10/5 | J | | |
| 144. Citrix Systems, Inc. | | | | | buy | 10/18 | J | | |
| 145. Federal Home Loan Bank (bond) | | | | | sell | 10/29 | J | | |
| 146. Gilead Sciences Inc. | | | | | buy | 10/30 | J | | |
| 147. Citrix Systems Inc. | | | | | buy | 11/16 | J | | |
| 148. Patriot Coal Corporation (spin off fm.Peabody Energy Corp) | | | | | sell | 12/3 | J | A | |
| 149. Bank of America | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 1 - Rocky Bay Trust, a Massachusetts Business Trust, of which the reporting party is a shareholder, owns all of the stock of Slade Gorton & Co., Inc., a Massachusetts corp. ("the Company"). Income reported in Section VII by virtue of common stock holdings of the reporting party in Rocky Bay Trust is attributable to his pro rata share of the income of the Company which is taxed as an S corporation whereby all corporate income is deemed passed through and taxable to the individual stockholders of the Trust whether or not such income is, in fact, distributed. The value of the stock holdings is appraised biennially by a certified financial analyst.

Line 4 - In 1997 the reporting party▇▇▇▇▇▇ funded a charitable remainder trust of which they are the income beneficiaries for life but in which they retain no right to principal.

Lines 27, 81 and 115 - The assets listed on these lines (and the transactions noted in the lines that follow) are managed by Boston Financial Management, Inc., Boston, MA and consist of stocks and bonds in publicly held companies and equity holdings based on indices listed in Attachment #2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Financial Disclosure Report
Nathaniel M. Gorton
May 1, 2008
Attachment #1


I.    Positions


| Position | Name of Organization/Entity |
|---|---|
| 1. Shareholder, Clerk/Secretary and Director | Rocky Bay Trust, a MA Business Trust, which owns all of the Stock of Slade Gorton & Co., Inc.. Boston, MA (closely held ████ seafood business) |
| 2. Clerk and Director | Cambridge Animal Aid, Inc. Floral City, FL (non-profit animal aid organization operated by reporting party's ████ |
| 3. Member of the Corporation | The New England Home for Little Wanderers, Boston, MA (non-profit, private child welfare agency) |

**NOTE: None of the beneficiaries of the following trusts and accounts of which the reporting party is a trustee (or holds a power of attorney) is a dependent of the reporting party and neither the reporting party nor his spouse has any beneficial interest in or control over the disposition of assets of such trusts and accounts.**

| | | |
|---|---|---|
| 4. | Power of Attorney/Trustee | Fidelity money market accounts (for all shareholders of Rocky Bay Trust, all of whom are ████████████████  of reporting party) |
| 5. | Trustee | Irrevocable Trust (created in connection with the estate plan of the reporting party's ████ |
| 6. | Trustee | 1989 Irrevocable Trust and Irrevocable Sub S Trust (both created in connection with the estate plan of reporting party's ████ |

Financial Disclosure Report
Nathaniel M. Gorton
May 1, 2008
Attachment #2

All of the listed holdings are of common stock unless otherwise noted.

Abbott Labs (stocks & bond)
Aflac, Inc.
American Express Co.
Anadarko Pete Co.
Apple Computer, Inc.
Automatic Data Processing, Inc.
Bank of America Corp.
Bank New York Mellon Corp. (change of name)
Brinker International, Inc.
Cameco Corp.
Caterpillar, Inc.
Cisco Corp.
Citrix Systems, Inc.
Costco Wholesale Corp
CVS Corp.
Devon Energy Corp.
Eaton Vance Corp..
Emerson Electric Co. (stocks & bond)
Exxon-Mobil Corp.
Federal Farm Credit Bank (bond)
Federal Home Loan Bank (bond)
Federal Home Loan Mortgage Corp. (bond)*
Gilead Sciences, Inc.
Google, Inc.
IBM Int'l Group (bond)
Johnson & Johnson

Lundin Mining Corp.
Lowes Companies, Inc.
Medtronic, Inc.
Microsoft Corp.
Network Appliance, Inc.
New York Telephone Co. (bond)
Newmont Mining Co.
Nike, Inc.
Omnicom Group
Peabody Energy Corp.
Pepsico, Inc.
Procter & Gamble Co.
Raytheon Co.
RPM, Inc. (Ohio)
Sigma Aldrich Corp.
Southern Copper Corp.
Staples, Inc.
Stillwater Mining Co.
Stryker Corp.
Sysco Corp.
Teck Cominco, Ltd.
United Health Group, Inc.
United Technologies Corp.
Walgreen Company
WalMart Stores, Inc. (bond)
Wells Fargo & Co. New
Western Union Co.

Equity holdings based on indices:
    IShares, Inc. Morgan-Stanley Capital Int'l (MSCI) Pacific Rim ex-Japan Index
    IShares, Inc. MSCI Emerging Market Index
    IShares, Inc. Russell 2000 Index

*this bond was not listed on reporting party's Attachment #2 for 2007, because it was erroneously included with Federal Home Loan Bank bond

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY
SUITE 3110
BOSTON, MASSACHUSETTS 02210

NATHANIEL M. GORTON
DISTRICT JUDGE

May 29, 2008

Judge Ortrie D. Smith, Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2007 Filing

Dear Judge Smith:

I have received your letter of May 23, 2008, regarding my recent financial disclosure report. I very much want to comply with your requests because, if it is easier for the staff to understand my report, it may become easier for me to draft it.

I fully understand your request in the second paragraph about reporting the date of the most recent appraisal of my stock in Rocky Bay Trust and will comply with that request on all future reports. For your information, the most recent appraisal on which I relied for the 2007 report was December 8, 2006.

However, I do not understand the request you make in the third paragraph of your letter concerning the listing of my assets in Part VII, even after rereading page 37 of the filing instructions at your recommendation. I have, for several years at the request of your Committee, listed my assets held in four separate trust accounts which ████████I maintain with my financial management company, the identity of which I understand you no longer want me to disclose.

The summaries of those four accounts are listed in my 2007 report in the same order as they have been in previous years (see Part VII, lines 4, 27, 81 and 115). Again, at the request of your Committee, I have, in recent years, listed after the summary of each trust account all of the "buys" and "sells" in each separate account chronologically. On this year's report that consumed over 140 lines of information. In addition to the purchases and sales of stock from those accounts, I have included separately, as requested, "Attachment #2" to Part VIII, which is a list of all of our stock holdings at the end of the report year in the four accounts managed by the financial management company. The companies are listed alphabetically and include some

Judge Ortrie D. Smith, Chair
Committee on Financial Disclosure
May 29, 2008
Page Two


companies in which stocks and bonds were neither bought nor sold during the course of the report year (and are, therefore, accounted for in Part VII only as part of the summaries of the four accounts (see Part VII, lines 4, 27, 81 and 115)).

If you can suggest an easier way for me to comply with my obligations under the financial disclosure rules, I would very much like to oblige because under the current procedure the preparation of my annual report consumes countless hours of my time which would be better spent on my other judicial responsibilities. Also, if it would be helpful to discuss my method of reporting with the person at the Administrative Office who assists the Committee in reviewing my annual reports, I would be glad to do so. I can be reached at 617-748-9248.

Thank you for your attention to this matter.

Very truly yours,



Nathaniel M. Gorton

NMG/seh